UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TONY ONTIA BROWN, | Case No. 2:17-cv-00387-GMN-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

Pending before the court in this habeas corpus proceeding are several motions to extend time filed by both parties in relation to the filing and briefing of respondents' motion to dismiss (ECF No. 28). ECF Nos. 23, 24, 26, 27, 31, and 34. All of the motions are supported by good cause. In addition, the motion to dismiss and petitioner's response thereto (ECF No. 32) have been filed without apparent prejudice to the opposing party.

It is therefore ordered that the motions for extension of time (ECF Nos. 23, 24, 26, 27, 31, and 34) are all granted *nunc pro tunc* as of their respective filing dates.

It is further ordered that respondents' reply in support of their motion to dismiss (ECF No. 28) is due on or before March 1, 2019.

DATED THIS  4  day of    March   , 2019.

_____
UNITED STATES DISTRICT JUDGE